**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO.:  4:21-CR-350 |
| | § | |
| | § | |
| DAMARQUIS MCGEE | § | |

<u>**MOTION TO WITHDRAW SELECT MOTIONS**</u>

TO THE HONORABLE GEORGE C. HANKS, JR.:

COMES NOW, Defendant in this matter, Damarquis McGee, and, by and through Undersigned Counsel, moves to withdraw the two most recent Motions filed before this Honorable Court, and shows as follows:

1. On February 12, 2024, two motions were filed with this Court:  A Motion for Severance (Dkt. 395), and a Motion to Exclude Prior Acts, Convictions, Oral Statements, Existence of CoDefendant (Dkt. 396).

2.  The instant Motion is being filed to request that the Court withdraw the above referenced motions.

Respectfully submitted,

<u>*/s/ Anuj Arun Shah*</u>
Anuj Arun Shah
Anuj A. Shah, P.C.
Texas State Bar No. 24038645
S.D. Texas ID No.: 610762
2180 North Loop West, Suite 550
Houston, TX 77018-8011
Phone: (713) 975-1128
Fax: (713) 904-2572
Email: <u>Anuj@shah-law.com</u>
**ATTORNEY FOR DEFENDANT**
**DAMARQUIS MCGEE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw Select Motions has been served on the Office of the United States Attorneys and all counsel of record by electronic service through the Clerk of Court on this 24th day of February, 2024.

*/s/ Anuj A. Shah*         
Anuj A. Shah

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that I have conferred with Assistant United States Attorney Richard Wesley Bennett (AUSAs Eun Kate Suh and Anthony Franklyn were also included) by email on a number of occasions, most recently on February 20, 2024, concerning this motion, and that they acknowledged that such motion would be filed.

*/s/ Anuj A. Shah*         
Anuj A. Shah
