# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| | § | |
| **(3) DAMARQUIS MCGEE** | § | **Case No. 4:21-cr-350-S2-3** |
| **aka Blue aka Lilblue,** | § | |
| | § | |
| **Defendant.** | § | |

## SENTENCE DATA SHEET

**LEGAL STATUS:** United States Citizen.

**PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A), the defendant agrees to plead guilty to Count 5 of the Second Superseding Indictment. The defendant agrees to waive the right to appeal and collaterally attack this conviction. At the time of sentencing, the United States agrees to: (1) dismiss the remaining counts in the Second Superseding Indictment; (2) recommend a sentence of **no more than 29 years**; and (3) if the Court determines that Defendant qualifies for an adjustment under § 3E1.1(a) of the Sentencing Guidelines and the offense level prior to operation of § 3E1.1(a) is 16 or greater, the United States will move under § 3E1.1(b) for an additional one-level reduction.

**INDICTMENT:** Count 5: Sex Trafficking of a Minor – 18 U.S.C. § 1591(a)(1) and (b)(2).

**ELEMENTS:** (1) That the defendant, knowingly, in or affecting interstate commerce, recruited, enticed, harbored,

transported, provided, obtained, or maintained, by any means, a person; and

(2) That the person had not attained the age of 18 years; and

(3) That the person would be caused to engage in a commercial sex act.

If the defendant had a reasonable opportunity to observe the person so recruited, enticed, harbored, transported, provided, obtained or maintained, the United States need not provide that the defendant knew the person had not attained the age of 18.

**PENALTY:** A mandatory minimum term of imprisonment of 10 years, up to life, and/or a fine of not more than $250,000.

**ALT. FINE:** N/A

**SUPERVISED RELEASE:** 5 years' supervised release, up to life. If the defendant violates the conditions of the release, then the defendant may be imprisoned for the entire term of supervised release, without credit for time already served on the term of the supervised release.

**SPECIAL ASSESSMENT:** $100 per count of conviction and an additional $5,000 per count of conviction under the Justice for Victims of Trafficking Act.

**FORFEITURE:** N/A