United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:21-CR-350-4 |
| | § | |
| DAMARQUIS MCGEE | § | |

## ORDER

The Defendant's Unopposed Motion to Extend Time to File a Response to the Presentence Investigation Report  (Dkt. 523) is **GRANTED.**

It is further **ORDERED** that sentencing of the Defendant is reset as follows:

1.   By **October 30, 2024**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

2.   By **November 13, 2024**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

3.   The sentencing will be held on **November 25, 2024 at 10:30 AM.**

SIGNED at Houston, Texas on October 21, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE