UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:21−cr−00350

Damarquis McGee

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Damarquis McGee as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/14/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date: April 25, 2025                                   Nathan Ochsner, Clerk