**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:21-CR-350-S2-3** |
| | § | |
| DAMARQUIS MCGEE, ET AL. | § | |

**UNOPPOSED JOINT MOTION FOR CONTINUANCE OF RESTITUTION HEARINGS**

COMES NOW, Defendant Damarquis McGee, by and through Undersigned Counsel, and files this Unopposed Joint Motion to Continue the Restitution Hearings in this case, currently set for June 22, 2026. This motion is joined by Attorney Alex Rosa-Ambert, counsel for Co-Defendant Clarence Chambers, whose Restitution Hearing is scheduled for the same day. In support thereof, Defendant respectfully shows as follows:

1.  On February 18, 2026, the Court imposed sentence in Mr. McGee's case and deferred determination of restitution for later proceedings pursuant to 18 U.S.C. § 3664.

2.  Since sentencing, Counsel for the parties have engaged in productive discussions regarding the Government's anticipated restitution request, including the applicable calculations, supporting documentation, categories of alleged losses, and the possibility of resolving or narrowing the issues without the need for a contested evidentiary hearing.

3.  Given the nature of the restitution calculations and the issues presented, Defendant respectfully requests a continuance to allow additional time for consultation

between Defendant and Counsel and for further evaluation of the Government's proposal. Counsel believes a continuance may facilitate resolution of the restitution issues without the need for a contested hearing, further promoting judicial economy.

4. The requested continuance is not sought for purposes of delay, but rather to permit the parties to continue working toward an efficient and informed resolution of the restitution issues presented.

5. The Court expressly deferred restitution at sentencing, and the restitution matter remains properly before the Court. *See Dolan v. United States*, 560 U.S. 605 (2010) (holding that where a sentencing court makes clear prior to expiration of the statutory period that restitution will be ordered, the court retains authority to determine the amount thereafter).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court continue the restitution hearing currently set for June 22, 2026, and reset the hearing to July 20, 2026, the same day as the remaining defendant in this multi-defendant case, Andres Portillo, is set for sentencing.

Respectfully submitted,

By:    */s/ Anuj Arun Shah*
Anuj Arun Shah
Anuj A. Shah, P.C.
Texas State Bar No. 24038645
S.D. Texas ID No.: 610762
701 North Post Oak Road, Suite 212
Houston, TX 77024-3869
Phone: (713) 975-1128
Fax: (713) 904-2572
Email: Anuj@Shah-Law.com
*Attorney for Defendant Damarquis McGee*

## CERTIFICATE OF CONFERENCE

Counsel has conferred by electronic mail with Assistant United States Attorney Anthony Franklyn on June 18, 2026, and he is unopposed to this request for a continuance.  On the same day, Counsel also, by electronic mail, conferred with Mr. Alex Rosa-Ambert, Attorney for Co-Defendant Chambers, and he is unopposed to and joins in this motion.

/s/ *Anuj Arun Shah*
Anuj Arun Shah
Attorney for Defendant, Damarquis McGee

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion has been served electronically on both the United States Attorney's Office and referenced Counsel of Record by the Southern District of Texas ECF system on June 18, 2026.

/s/ *Anuj Arun Shah*
Anuj Arun Shah
Attorney for Defendant, Damarquis McGee