**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:21-CR-350-S2-3** |
| | § | |
| DAMARQUIS MCGEE, ET AL. | § | |

**UNOPPOSED JOINT MOTION FOR CONTINUANCE OF RESTITUTION HEARINGS**

COMES NOW, Defendant Damarquis McGee, by and through Undersigned Counsel, and files this Unopposed Joint Motion to Continue the Restitution Hearings in this case, currently set for August 24, 2026. This motion is joined by Attorney Alex Rosa-Ambert, counsel for Co-Defendant Clarence Chambers, whose Restitution Hearing is scheduled for the same day. In support thereof, Defendant respectfully shows as follows:

1. On February 18, 2026, the Court imposed sentence in Mr. McGee's case and deferred determination of restitution pursuant to 18 U.S.C. § 3664.
2. Since the prior setting, counsel for the parties have continued to engage in productive discussions regarding the Government's anticipated restitution request, including the applicable calculations, supporting documentation, and the possibility of resolving or substantially narrowing the remaining issues without the need for a contested evidentiary hearing. Those discussions have progressed, and counsel believe the parties are moving closer toward a potential resolution.
3. Counsel conferred again this past week regarding the remaining restitution issues. Although the parties have not yet reached a final agreement, additional time would

permit them to continue negotiations and may allow the matter to be resolved, or at minimum substantially narrowed, without the need for a contested hearing.

4. Accordingly, Defendant respectfully requests a brief continuance of the restitution hearing. The requested continuance is not sought for purposes of delay, but to permit the parties to complete their discussions and to promote an efficient resolution of the restitution issues and judicial economy.

5. The Court expressly deferred restitution at sentencing, and the restitution matter remains properly before the Court. *See Dolan v. United States*, 560 U.S. 605 (2010) (holding that where a sentencing court makes clear prior to expiration of the statutory period that restitution will be ordered, the court retains authority to determine the amount thereafter).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court continue the restitution hearing and allow the parties an additional 15-30 days to reach a resolution in this matter.

Respectfully submitted,

By: *<u>/s/ Anuj Arun Shah</u>*
Anuj Arun Shah
Anuj A. Shah, P.C.
Texas State Bar No. 24038645
S.D. Texas ID No.: 610762
701 North Post Oak Road, Suite 212
Houston, TX 77024-3869
Phone: (713) 975-1128
Fax: (713) 904-2572
Email: Anuj@Shah-Law.com
*Attorney for Defendant Damarquis McGee*

## CERTIFICATE OF CONFERENCE

Counsel has conferred by electronic mail and telephone conference with Assistant United States Attorney Anthony Franklyn most recently on August 21, 2026, and he is unopposed to this request for a continuance. On the same day, Counsel also, by electronic mail, conferred with Asst. Federal Public Defender Alex Rosa-Ambert, Attorney for Co-Defendant Chambers, and he is unopposed to and joins in this motion.

/s/ *Anuj Arun Shah*
Anuj Arun Shah
Attorney for Defendant, Damarquis McGee

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion has been served electronically on both the United States Attorney's Office and referenced Counsel of Record by the Southern District of Texas ECF system on August 24, 2026.

/s/ *Anuj Arun Shah*
Anuj Arun Shah
Attorney for Defendant, Damarquis McGee