**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:21−cr−00350 |
| | § | |
| Vanessa Fernande Sillabi | § | |

# Notice of Cancellation

A proceeding in this case as to Vanessa Fernande Sillabi has been canceled as set forth below.

Canceled setting: Restitution hearing

Date and Time: September 16, 2026 at 10:00 a.m.

Date: September 4, 2026

Nathan Ochsner, Clerk